UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERA NANCE, for herself, as Private Attorney General, and/or on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No. CV 26-8090-GW-MBKx<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Action Filed: July 23, 2026 |

Having reviewed the Parties' Stipulation Regarding Briefing Schedule on Defendant's to Dismiss, and finding good cause, the Court hereby GRANTS the Stipulation and ORDERS the following briefing schedule for defendant The Kroger Co.'s Motion to Dismiss [Dkt. 15]:

- Plaintiff's Opposition will be due no later than October 26, 2026.
- Defendant's Reply will be due no later than November 13, 2026.

**IT IS SO ORDERED.**

Dated: September 29, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE